UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLIN PAUL SUTHERLAND,

Plaintiff,

-against-

SECURITIES AND EXCHANGE
COMMISSION, ET AL.,

Defendants.

25cv9987 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 23, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 30, 2025
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge